UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS EPPERSON,<br><br>  Plaintiff,<br><br>  v.<br><br>FOREIGN MINISTRY AFFAIRS, et al.<br><br>  Defendants. | No. 1:21-cv-00785-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION<br><br><br>(Doc. No. 6) |

   Plaintiff Chris Epperson proceeds *pro se* and *in forma pauperis* in this civil rights action filed pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

   On May 21, 2021, the assigned magistrate judge screened plaintiff's complaint and found that plaintiff failed to state a cognizable claim upon which relief may be granted. (Doc. No. 4.) Plaintiff was provided with the applicable legal standards and directed to file an amended complaint within thirty (30) days of the order. (*Id*. at 6.) Plaintiff was also warned that if he failed to file an amended complaint that addressed the issues identified in the screening order, that the assigned magistrate judge would recommend that his action be dismissed. (*Id*.) On June 14, 2021, plaintiff filed an unsigned document titled "Amended Complaint," which appears to be a copy of 32 U.S.C. § 716 printed from a website. (Doc. No. 5.)

1

1      On June 30, 2021, the assigned magistrate judge issued an order striking the unsigned document, as well as findings and recommendations recommending that plaintiff's complaint be dismissed for failure to state a claim and failure to comply with a court order.  (Doc. No. 6.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within thirty (30) days from the date of service.  (*Id.* at 5–6.)  To date no objections have been filed, and the time to do so has long since passed.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

     Accordingly,

1. The findings and recommendations issued June 30, 2021 (Doc. No. 6) are adopted in full;
2. This action is dismissed due to plaintiff's failure to state a claim upon which relief may be granted and for failure to comply with a court order; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 24, 2021**

UNITED STATES DISTRICT JUDGE